IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

NO. 89-3654

_____

RONALD CHISOM, MARIE BOOKMAN, WALTER WILLARD, MARC MORIAL,
HENRY DILLON, III, and the LOUISIANA VOTER
REGISTRATION/EDUCATION CRUSADE,

Plaintiffs-Appellants,

and

UNITED STATES OF AMERICA,

Plaintiff-Intervenor-
Appellant

versus

EDWIN W. EDWARDS, Governor of the State of Louisiana,
W. FOX McKEITHEN, Louisiana Secretary of State, and
JERRY M. FOWLER, Commissioner of Elections of the
State of Louisiana,

Defendants-Appellees.

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
_____

(October 6, 1992)

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before KING, JOHNSON and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:

The consent judgment referred to in our order filed on
August 21, 1992, having been entered by the district court, these
appeals are DISMISSED.